1   AARON D. FORD
    Attorney General
2   SIMBA MUZOREWA (Bar No. 14097)
    Deputy Attorney General
3   State of Nevada
    Office of the Attorney General
4   555 E. Washington Ave., Ste. 3900
    Las Vegas, Nevada 89101
5   (702) 486-3267 (phone)
    (702) 486-3773 (fax)
6   Email: smuzorewa@ag.nv.gov

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| JAMES KEVIN MACK, SR, | Case 2:18-cv-00011-GMN-CWH |
|---|---|
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| STATE OF NEVADA, *et al.*, | |
| Defendants. | |

    It is stipulated and agreed by and between Plaintiff, James Kevin Mack, Sr. and Defendants Jennifer Nash, by and through counsel, Aaron D. Ford, Nevada Attorney General, and Simba M. Muzorewa Jr., Deputy Attorney General, that the above-captioned matter be dismissed in its entirety against all parties with prejudice by order of this Court.

. . .
. . .
. . .
. . .
. . .
. . .

This Stipulation for Dismissal with Prejudice is executed as part of an out-of-court settlement between parties. Pursuant to the terms of the Settlement Agreement and Full and Final Release, each party will bear its own attorney fees and costs.

Dated 18 day of January, 2019.	Dated 18 day of January, 2019.

By: *James K Mack, Sr #78400*
James Kevin Mack Sr.
*Plaintiff, Pro Se*

By: _____
Simba M. Muzorewa Jr., Esq.
Deputy Attorney General
*Attorneys for Defendants*

IT IS SO ORDERED.

Dated: January 31, 2019

_____
UNITED STATES DISTRICT JUDGE